PER CURIAM. The finding that defendant agreed to purchase the property for $11,000, less the lien, is contrary to the weight of the evidence. In case of a new trial, the question of the liens that should be deducted can be considered, and, among others, the interest on the third mortgage and the sum paid for costs, which do not seem to have been deducted upon the trial already had. Judgment and order reversed, and new trial granted; costs to abide the event.

LA VALLE, Respondent, v. HINCKLEY CONST. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 29, 1915.) Action by Antonio La Valle, an infant, etc., against the Hinckley Construction Company. No opinion. Order affirmed, with costs.

LAWLESS, Appellant, v. E. B. VAN WAGNER MFG. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 29, 1915.) Action by David T. Lawless against the E. B. Van Wagner Manufacturing Company. No opinion. Judgment affirmed, with costs.

LAZAR, Respondent, v. WARING HAT MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 31, 1914.) Action by Samuel Lazar against the Waring Hat Manufacturing Company. No opinion. Judgment and order unanimously affirmed, with costs.

LEAVITT v. PITTSBURG CAN CO. (Supreme Court, Appellate Division, First Department. February 19, 1915.) Action by Louis Leavitt against the Pittsburg Can Company. No opinion. Application denied, with $10 costs and stay vacated. Order signed.

LEBERMAN v. EDGEMORE REALTY CO. et al. (Supreme Court, Appellate Division, Second Department. February 19, 1915.) Action by Jacob Leberman against the Edgemore Realty Company and others. No opinion. Judgment affirmed, without costs of this appeal to either party.

LEIMAN v. KULLA et al. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by Jennie Leiman against Jacob Kulla and another. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

In re LESE. (Supreme Court, Appellate Division, First Department. February 26, 1915.) In the matter of David Lese, deceased. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LESTER v. VILLAGE OF BLASDELL. (Supreme Court, Appellate Division, Fourth Department. March 3, 1915.) Appeal from Special Term. Proceeding by Jessie I. Lester against the Village of Blasdell. From an order for plaintiff, defendant appeals. Affirmed.

PER CURIAM. Affirmed, with costs.

KRUSE, P. J. (dissenting). I think the order of reference was one to hear and determine. The referee heard and decided the matter, making findings of fact and conclusions of law, to which exceptions were filed, but omitted formally to direct judgment to be entered. Thereupon a motion to confirm the report was made at Special Term; but the Special Term, instead of treating the application as a motion, made findings and decided the matter directly contrary to the referee's decision, and judgment was entered thereupon. I think the only order the Special Term could make was to send the matter back to the referee, to make a formal decision and direct judgment to be entered thereupon, as the Code provides. Smith v. Geiger, 202 N. Y. 306, 95 N. E. 706. While the motion to confirm the report of the referee was entirely unnecessary, I think the making of the motion did not have the effect to change the reference from one to hear and determine to one to take proof and report, with the opinion of the referee. The question of a want of power to decide the matter anew by the Special Term was specifically raised by exceptions filed to the decision of the Special Term. I think the judgment should be reversed, and the matter sent back to the referee.

LESZYNSKY et al., Respondents, v. LAWRENCE, Appellant. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by Hannah Leszynsky and others against Virginia P. Lawrence, as executrix, etc. P. B. Adams, of New York City, for appellant. L. S. Posner, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 163 App. Div. 893, 147 N. Y. Supp. 1122.

LEVI et al., Respondents, v. SPECHT et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 3, 1915.) Action by Albert J. Levi, Charles H. Benedict, as committee of Sidney J. Levi, an incompetent person, and Edward F. Cohen, composing the copartnership of J. Levi & Co., against J. Andrew Specht and another. No opinion. Judgment and order unanimously affirmed, with costs.

LEVINE v. TWENTY–EIGHTH ST. & SEVENTH AVE. REALTY CO. et al. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by Morris W. Levine against the Twenty-Eighth Street & Seventh Avenue Realty Company and others. F. Bien, of New York City, for appellants. M. Meyers, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 149 N. Y. Supp. 1093.

LEVY, Respondent, v. BURWELL, Appellant. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by Charles M. Levy against Edmund S. Bur-